NO. 07-08-0414-CV

IN THE COURT OF APPEALS

FOR THE SEVENTH DISTRICT OF TEXAS

AT AMARILLO

PANEL D

DECEMBER 10, 2008

_____

GEORGE CHAPMAN AND KAREN CHAPMAN, APPELLANTS

v.

ALLSTATE TEXAS LLOYDS, APPELLEE

_____

FROM THE 251ST DISTRICT COURT OF RANDALL COUNTY;

NO. 57,624-C; HON. ANA ESTEVEZ, PRESIDING

_____

Before QUINN, C.J., and CAMPBELL and PIRTLE, JJ.

**ON MOTION TO DISMISS**

Appellants George and Karen Chapman filed a motion to dismiss their appeal on December 8, 2008. The motion includes a certificate of conference indicating appellee Allstate Texas Lloyds is not opposed to the motion.

The motion to dismiss is granted and the appeal is dismissed. Tex. R. App. P. 42.1(a)(1). The motion does not indicate an agreement of the parties with regard to the distribution of costs of the appeal. We therefore tax costs of the appeal against appellants. Tex. R. App. P. 42.1(d).

Having dismissed the appeal at appellants' request, no motion for rehearing will be entertained and our mandate will issue forthwith.

James T. Campbell
Justice

2